# United States District Court
# For the District of Columbia

| | |
|---|---|
| BNSF RAILWAY COMPANY | ) |
| | ) |
| CONSOLIDATED RAIL CORPORATION | ) |
| | ) |
| CSX TRANSPORTATION, INC. | ) |
| | ) |
| THE KANSAS CITY SOUTHERN RAILWAY COMPANY | ) |
| | ) |
| NORFOLK SOUTHERN RAILWAY COMPANY | ) |
| | ) |
| UNION PACIFIC RAILROAD COMPANY | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| BROTHERHOOD OF RAILROAD SIGNALMEN | ) |
| | ) |
| Defendant | ) |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for Plaintiffs certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Plaintiffs which have any outstanding securities in the hands of the public:

1. <u>BNSF Railway Company</u>

   Burlington Northern Santa Fe Corporation

2. <u>Consolidated Rail Corporation</u>

   CSX Corporation (owning a minority interest)

   Norfolk Southern Corporation

1-WA/2540294.1

3. <u>CSX Transportation, Inc.</u>

    CSX Corporation

    Allegheny and Western Railway Company

    The Baltimore and Cumberland Valley Rail Road Extension Company

    The Central Rail Road Company of South Carolina

    Cincinnati Inter-Terminal Railroad Company

    Dayton and Michigan Railroad Company

    The Home Avenue Railroad Company

4. <u>The Kansas City Southern Railway Company</u>

    Kansas City Southern

5. <u>Norfolk Southern Railway Company</u>

    Norfolk Southern Corporation

6. <u>Union Pacific Railroad Company</u>

    Union Pacific Corporation

These representations are made in order that judges of this court may determine the need for recusal.

Attorneys of Record

*[signature]*

Ralph J. Moore, Jr. (D.C. Bar No. 076075)
Thomas E. Reinert, Jr. (D.C. Bar No. 336867)
Jonathan C. Fritts (D.C. Bar No. 464011)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-3000

Dated: March 17, 2006

1-WA/2540294.1