**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BNSF RAILWAY COMPANY, et. al., | ) |
|       Plaintiffs/Counterclaim Defendants, | ) |
| v. | ) Civil Action No. 1:06-cv-00506-PLF |
| BROTHERHOOD OF RAILROAD SIGNALMEN, | ) |
|       Defendant/Counterclaimant. | ) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Joshua D. McInerney, of Baptiste & Wilder P.C., 1150 Connecticut Avenue, N.W., Suite 500, Washington, D.C. 20036 on behalf of Defendant Brotherhood of Railroad Signalmen in the above captioned matter.

Respectfully submitted,

Dated: July 6, 2006

Joshua D. McInerney (DC Bar No. 479471)
BAPTISTE & WILDER PC
1150 Connecticut Avenue, NW Suite 500
Washington, DC 20036
(202) 223-0723 (p)
(202) 223-9677 (f)
jmcinerney@bapwild.com