UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                            )
BNSF RAILWAY COMPANY, et al.,      )
                                                            )
      Plaintiffs/Counterclaim          )
      Defendants,                                 )
                                                            )
     v.                                                     )   Civil Action No. 06-0506 (PLF)
                                                            )
BROTHERHOOD OF RAILROAD       )
SIGNALMEN,                                        )
                                                            )
      Defendant/Counterclaimant.       )
_____)

SCHEDULING ORDER

        The parties appeared for a meet and confer status conference on July 14, 2006. Based upon the Rule 16.3 Joint Report submitted to the Court and the representations of counsel, it is hereby ORDERED that

        1.    Discovery shall be completed by January 12, 2007. Counsel must resolve all discovery disputes or bring them to the Court's attention in a timely manner so as to allow sufficient time for the completion of discovery by this date.

        2.    Each party is limited to a maximum of 25 interrogatories to any other party. Responses to all interrogatories are due 30 days after service.

        3.    Each party is limited to a maximum of 12 depositions.

        4.    Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be made by August 22, 2006.

      5.      The parties will meet and confer by November 1, 2006 with respect to the necessity for expert discovery, and, if necessary, will thereafter submit a joint proposed scheduling order concerning expert discovery on or before November 8, 2006.

      6.      Dispositive motions shall be filed on or before February 12, 2007; oppositions by February 26, 2007; and replies, if any, by March 6, 2007.

      7.      Oral argument on any dispositive motions is scheduled for March 23, 2007 at 10:00 a.m.

      8.      Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, e.g., mediation or neutral evaluation, is encouraged and is available by request of the Court at any time, as is a settlement conference before a magistrate judge. If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

      9.      Counsel are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court. See LCvR 7. The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 14, 2006