**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BNSF RAILWAY COMPANY, et. al., ) <br> ) <br>     Plaintiffs/Counterclaim ) <br>     Defendants, ) <br> ) <br>     v. ) <br> ) <br> BROTHERHOOD OF RAILROAD ) <br> SIGNALMEN, ) <br> ) <br>     Defendant/Counterclaimant. ) | Case No. 1:06-cv-00506-PLF-DAR |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiffs/Counterclaim-Defendants BNSF Railway Co., Consolidated Rail Corporation, CSX Transportation, Inc., The Kansas City Southern Railway Co., Norfolk Southern Railway Company and Union Pacific Railroad Company and Defendant/Counterclaimant-Plaintiff Brotherhood of Railroad Signalmen hereby jointly move the Court for an Amended Scheduling Order in this action. The parties make this joint request because of unavoidable delays that have precluded completion of discovery in the time set forth in the Court's Scheduling Order of July 14, 2006.

Counsels for Plaintiffs/Counterclaim-Defendants and Defendant/Counterclaimant-Plaintiff have agreed to the following:

1. Discovery shall be completed by March 30, 2007.

2. Dispositive motions shall be filed on or before April 27, 2007; oppositions filed by May 25, 2007; and replies, if any, by June 8, 2007.

3.  Oral argument on any dispositive motions will be scheduled according to the Court's availability.

Respectfully submitted,

_____/s/_____
Ralph J. Moore, Jr. (DC Bar No. 076075)
Thomas E. Reinert, Jr. (DC Bar No. 336867)
Jonathan C. Fritts (DC Bar No. 464011)
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-3000 (p)
(202) 739-3001 (f)

*Attorneys for Plaintiffs/Counterclaim Defendants*

_____/s/_____
Roland P. Wilder, Jr. (DC Bar No. 69609)
Joshua D. McInerney (DC Bar No. 479471)
BAPTISTE & WILDER PC
1150 Connecticut Avenue, NW Suite 500
Washington, DC 20036
(202) 223-0723 (p)
(202) 223-9677 (f)

Of Counsel

William L. Phillips (IL Bar No. 6192377)
General Counsel
Brotherhood of Railroad Signalmen
100 N. LaSalle Street  #1605
Chicago, IL  60602
847 644 1901 (p)
312 332 9595 (f)

*Attorneys for Defendants/Counterclaim Plaintiff*