# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BNSF RAILWAY COMPANY, et. al., )<br>)<br>Plaintiffs/Counterclaim )<br>Defendants, )<br>)<br>v. )<br>)<br>BROTHERHOOD OF RAILROAD )<br>SIGNALMEN, )<br>)<br>Defendant/Counterclaimant. )<br>) | Case No. 1:06-cv-00506-PLF-DAR |

## ORDER AMENDING SCHEDULING ORDER

Upon consideration of the parties Joint Motion to Amended Scheduling Order, it is hereby Ordered that the motion is **GRANTED** and the Scheduling Order is Amended as set forth in this Order:

1. Discovery shall be completed by March 30, 2007.

2. Dispositive motions shall be filed on or before April 27, 2007; oppositions filed by May 25, 2007; and replies, if any, by June 8, 2007.

3. Oral argument on any dispositive motions will be scheduled on _____.

Dated: _____

_____
PAUL L. FRIEDMAN
United States District Judge