# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BNSF RAILWAY COMPANY, et. al.,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>BROTHERHOOD OF RAILROAD SIGNALMEN,<br><br>    Defendant/Counterclaimant. | Case No. 1:06-cv-00506-PLF-DAR |

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiffs/Counterclaim-Defendants BNSF Railway Co., Consolidated Rail Corp., CSX Transportation, Inc., Kansas City Southern Railway Co., Norfolk Southern Railway Co. and Union Pacific Railroad Co., and Defendant/Counterclaimant-Plaintiff Brotherhood of Railroad Signalmen ("BRS"), jointly move to stay all further proceedings in this action.

The parties make this joint request because they have reached a tentative agreement to settle the collective bargaining dispute underlying this litigation. They have further agreed that upon ratification of the tentative agreement by the BRS membership, the parties will jointly move to dismiss all claims and counterclaims pending before the Court in this action as moot, each party to bear its own costs.

To facilitate ratification, attorneys for the parties have agreed as follows:

1)  This action shall be stayed for at least 90 days from the date of this Motion; and

2)  Should the tentative agreement fail to ratify within that 90 day period, the parties shall:

1-WA/2713207.2

    a)    promptly meet and confer regarding the processing of this case; and

    b)    jointly request an appropriate amendment to the Scheduling Order.

Dated: April 2 2007,                              Respectfully submitted,

                                                  /s/ Joshua D. McInerney (by consent)
Roland P. Wilder, Jr. (DC Bar No. 69609)
Joshua D. McInerney (DC Bar No. 479471)
BAPTISTE & WILDER PC
1150 Connecticut Avenue, NW Suite 500
Washington, DC 20036
(202) 223-0723 (p)
(202) 223-9677 (f)

Of Counsel

William L. Phillips (IL Bar No. 6192377)
General Counsel
Brotherhood of Railroad Signalmen
100 N. LaSalle Street  #1605
Chicago, IL  60602
847 644 1901 (p)
312 332 9595 (f)

*Attorneys for Defendants/Counterclaim Plaintiffs*

                                                  /s/ Jonathan C. Fritts
Ralph J. Moore, Jr. (DC Bar No. 076075)
Thomas E. Reinert, Jr. (DC Bar No. 336867)
Jonathan C. Fritts (DC Bar No. 464011)
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-3000 (p)
(202) 739-3001 (f)

*Attorneys for Plaintiffs/Counterclaim Defendants*