# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BNSF RAILWAY COMPANY, et. al., )
)
      Plaintiffs/Counterclaim Defendants, )
)
v. ) Case No. 1:06-cv-00506-PLF-DAR
)
BROTHERHOOD OF RAILROAD SIGNALMEN, )
)
      Defendant/Counterclaimant. )

## ORDER GRANTING STAY OF PROCEEDINGS

Upon consideration of the parties Joint Motion to Stay Proceedings, it is hereby

**ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that:

1) This action is stayed for at least 90 days from the date of this Motion; and

2) Should the tentative agreement fail to ratify within that 90 day period, the parties shall:

    a) promptly meet and confer regarding the future processing of this case; and

    b) jointly request an appropriate amendment to the Scheduling Order.

Dated: April ___, 2007

                                                            PAUL L. FRIEDMAN
                                                            United States District Judge