IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BNSF RAILWAY COMPANY, et. al., ) <br> ) <br>     Plaintiffs/Counterclaim Defendants, ) <br> ) <br>     v. ) <br> ) <br> BROTHERHOOD OF RAILROAD SIGNALMEN, ) <br> ) <br>     Defendant/Counterclaimant. ) | Case No. 1:06-cv-00506-PLF-DAR |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiffs/Counterclaim-Defendants BNSF Railway Co., Consolidated Rail Corp., CSX Transportation, Inc., Kansas City Southern Railway Co., Norfolk Southern Railway Co. and Union Pacific Railroad Co., and Defendant/Counter-claimant Brotherhood of Railroad Signalmen ("BRS"), jointly stipulate and agree to dismiss all claims and counterclaims pending before the Court with prejudice as moot because of settlement of all pending collective bargaining issues under the moratorium provision of the parties' collective bargaining agreement dated July 1, 2007, each party to bear its own costs.

Dated: July 16, 2007

1-WA/2786268.1

|  |  |
|---|---|
| OF COUNSEL<br>William L. Phillips<br>General Counsel<br>Brotherhood of Railroad Signalmen<br>100 N. LaSalle Street #1605<br>Chicago, IL 60602<br>(847) 644 – 1901 (p)<br>(312) 332 – 9595 (f) | Respectfully submitted,<br><br>　　　/s/ Joshua D. McInerney　　　<br>Roland P. Wilder, Jr. (DC Bar No. 69609)<br>Joshua D. McInerney (DC Bar No. 479471)<br>BAPTISTE & WILDER PC<br>1150 Connecticut Avenue, NW Suite 500<br>Washington, DC 20036<br>(202) 223-0723 (p)<br>(202) 223-9677 (f)<br><br>*Attorneys for Defendants/Counterclaimant*<br><br><br>　　　/s/ Jonathan C. Fritts　　　<br>Thomas E. Reinert, Jr. (DC Bar No. 336867)<br>Jonathan C. Fritts (DC Bar No. 464011)<br>MORGAN LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 739-3000 (p)<br>(202) 739-3001 (f)<br><br>*Attorneys for Plaintiffs/Counterclaim Defendants* |